UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

           Plaintiff,

    v.

J. CUSTER, et al.,

           Defendants.

Case No. 24-cv-09430-JST

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at Kern Valley State Prison ("KVSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that KVSP officers associate warden Custer, senior librarian Karlow, and law library staffer Burganti prevented him from prosecuting a case when they failed to provide Plaintiff access to the law library during September 2024 to November 2024, in violation of the First, Fifth, and Fourteenth Amendments. ECF No. 1. The events or omissions giving rise to Plaintiff's claim(s) occurred at Kern Valley State Prison, and Plaintiff seeks relief from Kern Valley State Prison officials. Kern Valley State Prison is located in Kern County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 8, 2025

                                                  JON S. TIGAR
                                                  United States District Judge