UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>              Plaintiff,<br><br>      v.<br><br>J. CUSTER, et al.,<br><br>              Defendants. | No.   1:25-cv-00052-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>Docs. 12, 14 |

Plaintiff James Carl Kelly is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Doc. 1.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

In support of his complaint, Kelly filed a declaration on December 26, 2024, asserting that he "was not a three striker." Doc. 2 at 2.  On January 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that Kelly be precluded from proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(g) and be required to pay the $405.00 filing fee within thirty days to proceed with this action.[1]  Doc. 12 at 5.  The findings and recommendations noted that Kelly has filed at least three lawsuits that were dismissed for failure to state a claim,

---

[1] Kelly's formal motion to proceed in forma pauperis was not filed until January 29, 2025.  Doc. 14.  However, the magistrate judge construed Kelly's contention in his declaration, that he is "not a three striker," as sufficient to warrant findings and recommendations regarding Kelly's ability to proceed in forma pauperis.  *See* Doc. 12 at 2.

1  which corresponds to three strikes under § 1915(g). *Id.* at 3. In addition, the magistrate judge
2  found Kelly did not allege facts supporting a conclusion that he is in "imminent danger of serious
3  physical injury," which would permit Kelly to proceed in forma pauperis despite his three strikes.
4  *Id.* at 4; 28 U.S.C. § 1915(g).

5      The findings and recommendations were served on Kelly and contained notice that any
6  objections thereto were to be filed within fourteen days after service. No objections have been
7  filed and the time to do so has passed.

8      In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this
9  case. Having carefully reviewed the matter, the Court concludes that the findings and
10 recommendations are supported by the record and proper analysis.

11     Accordingly,

12     1. The findings and recommendations issued on January 15, 2025, Doc. 12, are adopted
13        in full;

14     2. In accordance with 28 U.S.C. § 1915(g), plaintiff's motion to proceed in forma
15        pauperis, Doc. 14, is denied; and

16     3. Within **thirty (30) days** following the date of service of this order, plaintiff shall pay
17        the full $405.00 filing fee for this action. If plaintiff fails to pay the filing fee within
18        the specified time, this action will be dismissed without further notice.

21 IT IS SO ORDERED.

22     Dated:   June 25, 2025

UNITED STATES DISTRICT JUDGE

2